DAVID LERNER, RELATOR, v. MAYOR AND ALDERMEN OF JERSEY CITY ET AL., RESPONDENTS.

Submitted May term, 1928—Decided July 27, 1928.

Before Justices MINTURN and CAMPBELL.

For the relator, *Benjamin Gross.*

For the respondents, *Thomas J. Brogan* and *Charles Hershenstein.*

PER CURIAM.

Relator seeks a writ of *mandamus* to compel respondents to issue to him a permit to erect an apartment house on Gifford avenue, Jersey City.

We have reached the same conclusion here as in Butvinik et al. *v.* Jersey City, No. 219 of the present term, and for the reasons there given the present application is denied and the rule to show cause is discharged.